THE CINCINNATI COFFIN COMPANY v. J. H. & C. F.
SMITH.

CASE-MADE, *Dismissed.* When an alleged case-made filed in this court
contains none of the evidence before the court below, no exceptions
to the action of that court, and no motion for a new trial, and a mo-
tion to dismiss is made in this court, such motion must be sustained
and the case dismissed.

*Error from Stafford District Court.*

THE opinion states the case.

*G. W. C. Shutter,* for plaintiff in error.
*J. W. Rose,* for defendants in error.

Opinion by STRANG, C.: This was a proceeding to amerce
the sheriff of Stafford county, Kansas, for an alleged failure
to make a levy on an execution placed in his hands in favor
of the Cincinnati Coffin Company and against J. H. & C. F.
Smith, whereby the said company claimed it was damaged in
the sum of the amount of said execution.   The sheriff moved
to dismiss the case made and filed in this court, for the rea-
sons: (1) That no proper case-made has been filed in this
court; (2) that no motion for a new trial was filed; and (3)
that no exceptions were saved to the action of the court be-
low, and no evidence has been brought to this court.   This
motion must be sustained.   The record does not show that
any evidence was presented to the trial court.   There was
nothing, so far as this court knows, upon which the trial
court could have passed.   Neither is there anything in the
record to show that any exception was ever taken to the
action of the trial court in disposing of the matter before it
as it did.   Nor was any motion for a new trial filed in the
court below, so far as the record shows.   It is true the petition
in error alleges error because of the overruling of the motion
for a new trial.   But the case-made shows no motion for
new trial, and the clerk certifies that all the papers of the

case are included in the case-made. There is also an allegation in the petition in error that the court below refused, on the trial of the motion to amerce, to allow the introduction in evidence of the judgment and execution; but there is nothing in the case-made, except the judgment of the court on the motion, to show that they were ever offered in evidence, and nothing showing any exception to the rulings of the court complained of. In fact, there is nothing in the case-made, except the judgment of the court, to show what proceedings were had in the court below.

It is therefore recommended that the case in this court be dismissed.

By the Court: It is so ordered.

All the Justices concurring.